```
                    FILED
                    October 10, 2008
                    CLERK, US DISTRICT COURT
                    EASTERN DISTRICT OF
                    CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>v.                                )<br>                                  )<br>Pamouane Phonephackdy,            )<br>                                  )<br>            Defendant.            )<br>_____) | Case No. 2:08-mj-273 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Pamouane Phonephackdy  Case 2:08-mj-273 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $200,000, co-signed by defendant's mother, father, sister, brother, cousin and brother-in-law.

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) Probation conditions/supervision; residential treatment at The Effort

Issued at  Sacramento, CA  on 10/10/08  at  11:53 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge